United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## OF THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRIOT BANCSHARES, INC.,** | § | |
| **PLAINTIFF,** | § | |
| | § | **Case No. 4:15–cv–03109** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ZURICH AMERICAN** | § | |
| **INSURANCE COMPANY,** | § | |
| **DEFENDANT.** | § | |

---

## Judgment

On this day, the Court considered the Stipulation of Joint Dismissal, and GRANTS the motion. Patriot Bancshares, Inc.'s claims against Zurich American Insurance Company are dismissed with prejudice. Likewise, Zurich American Insurance Company's claims against Patriot Bancshares, Inc. are dismissed with prejudice. Court costs are taxed against the party incurring the same. This is a final judgment.

SIGNED_____August 3_____, 2016.

_____
HON. JUDGE PRESIDING